UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERALDINE BORCZYK,
    Plaintiff,

v.                                               CIVIL ACTION NO. 18-11532-IT

NANCY A. BERRYHILL,
    Acting Commissioner of Social
    Security Administration,
    Defendant.

REPORT AND RECOMMENDATION RE: DISMISSAL.

KELLEY, U.S.M.J.

    Plaintiff Geraldine Borczyk is represented by experienced Social Security counsel, Michael J. Kelly. The complaint was filed on July 23, 2018, and, to date, 116 days later, no return of service has been filed. The time within which to effect service under the Federal Rules of Civil Procedure and the Local Rules has passed. An Order to Show Cause was issued on November 7, 2018 (#7), ordering the plaintiff to show cause by November 15, 2018, why her complaint should not be dismissed for failure to effect service of process. Nothing has been filed in response to the Order to Show Cause.

    In light of the foregoing circumstances, I RECOMMEND that plaintiff's complaint be DISMISSED.

Review by the District Judge.

    The parties are hereby advised that any party who objects to this recommendation must file specific written objections with the Clerk of this Court within 14 days of service of this Report and Recommendation. The objections must specifically identify the portion of the recommendation to which objections are made and state the basis for such objections. The parties are further advised

that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Federal Rules Civil Procedure, shall preclude further appellate review. *See Keating v. Secretary of Health & Human Servs.*, 848 F.2d 271 (1st Cir. 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

November 16, 2018

/s/ M. Page Kelley
M. Page Kelley
United States Magistrate Judge