UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALDINE BORCZYK, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 18-11532-IT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration | * |
| Defendant. | * |

ORDER

December 17, 2018

TALWANI, D.J.

After considering the Magistrate Judge's November 16, 2018 Report and Recommendation [#8], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#8] for the reasons set forth therein. The Complaint [#1] is DISMISSED.

IT IS SO ORDERED.

          /s/ Indira Talwani
          United States District Judge